IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


CHARLES YOUNG                                                      PLAINTIFF

vs.                                    CASE NO. **5:04CV00403GH**

ARKANSAS BOARD OF
CORRECTION, ET AL.                                              DEFENDANTS

<u>**ORDER**</u>

On April 28, 2005, the Court entered an Order adopting the findings and recommendations from Magistrate Judge H. David Young, and dismissing plaintiff's claims of denial of access to the courts and denial of legal assistance.  Plaintiff was directed to file a second amended complaint regarding his claims under the Americans with Disabilities Act within thirty days.  He was warned that the failure to do so would result in dismissal of the case without prejudice.

Plaintiff has failed to file a second amended complaint as ordered.

Accordingly, the case is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th  day of September,  2005.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE